# IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD SWANSON, AN INDIVIDUAL,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
SUSAN JOHNSON, DISTRICT JUDGE,
Respondents,
  and
SONIC CAVITATION, LLC, A NEVADA
LIMITED LIABILITY COMPANY; AND
GARY GEORGE, AN INDIVIDUAL,
Real Parties in Interest.

No. 85205

FILED

AUG 2 5 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION
## FOR WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges a district court order granting a motion to compel production of an affidavit relating to petitioner's consensual disbarment from the District of Columbia Bar.

Having considered the petition and supporting documentation, we are not convinced that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). In particular, petitioner has not demonstrated that the district court manifestly abused its

22-26509

discretion or lacked jurisdiction when granting the motion to compel. NRS 34.160; NRS 34.320; *Agwara v. State Bar of Nev.*, 133 Nev. 783, 785, 406 P.3d 488, 491 (2017); *see* D.C. Bar Rule XI, § 12(c) (permitting an attorney to consent to the disclosure of an affidavit required prior to disbarment by consent); *Wardleigh v. Second Judicial Dist. Court*, 111 Nev. 345, 355-56, 891 P.2d 1180, 1186-87 (1995) (discussing at-issue implied waiver). Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:    Hon. Susan Johnson, District Judge
       Holland & Hart LLP/Las Vegas
       Wolfe & Wyman LLP
       Eighth District Court Clerk

---

[1]In light of this order, petitioner's emergency motion for stay is denied as moot.